**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

UNITED STATES OF AMERCIA,

      Plaintiff,                     :         Case No. 3:12-po-90

  -vs-

                                      Magistrate Judge Michael J. Newman

ORVILLE WALTERS,

      Defendant.                :

---

**ORDER**

---

A bench trial was held in this matter, and judgment entered against the Defendant on July 26, 2012

Defendant is **ADVISED** that he has fourteen (14) days from that date in which to appeal the judgment to United States District Judge Walter H. Rice. Fed. R. Crim. P. 58(g)(2).

**IT IS SO ORDERED.**


July 30, 2012                                                        s/**Michael J. Newman**
                                                                United States Magistrate Judge